IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HORACIO VAZQUEZ GARCIA,<br><br>Defendant. | CR 26–21–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 153) pursuant to Fed. R. Crim. P. 32.2(b)(2). Defendant Horacio Vasquez Garcia has been adjudged guilty of possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1) as charged in Count 2 of the Indictment and has admitted to its forfeiture allegation. (Doc. 70.) As such, there is a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853(a)(1)-(2) and 21 U.S.C. § 811(a)(11).

Accordingly, IT IS ORDERED the Motion (Doc. 153) is GRANTED.

IT IS FURTHER ORDERED that Defendant's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1)-(2) and 21 U.S.C. § 811(a)(11):

- $13,500.00 in U.S. currency, located in the Defendant's bedroom on May 21, 2026;

- $966.00 in U.S. currency, located in the Defendant's living room on May 21, 2026;
- Smith & Wesson, model 60, .357 caliber revolver, S/N: CBJ4864; and
- Any associated firearms and ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service, the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 6th day of October, 2026.

Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court